MINUTE ENTRY   9:00 a.m.

USA -vs $8,600 U.S. CURRENCY and ONE 1998 KIA AUTOMOBILE

PRESENT:  Hon. Alex R. Munson, Chief Judge Presiding
   Randy K.R. Schmidt, Law Clerk
   Sanae Shmull, Court Reporter
   K. Lynn Lemieux, Courtroom Deputy
   Gregory Baka, Attorney for Government
   G. Anthony Long, Attorney for Defendant Wang Yang

PROCEEDINGS: MOTION FOR ORDER TO SHOW CAUSE

Government was represented by AUSA Gregory Baka. Defendant was represented by Attorney G. Anthony Long.

Attorney Long stated that it was the Government's burden to prove their right to confiscate the property.

Government called witness:

RAYMOND RENGUUL.  Special Agent CNMI DEA Task Force.  DX.  Ex. #2 (Report of Investigation 2-20-03). Ex. #1 (Report of Investigation 12/12/02). Government moved to admit Ex.'s 1 and 2 into evidence; there being no objection, Court so ordered.
Government finished their questioning; requesting the right to recall this witness if necessary later in the hearing.  Court so ordered.  Defense began CX.  Ex. A (Report of Investigation). RDX.  Government moved to admit Officer Renguul as an expert witness; there being no objection, Court so ordered. RCX.  EX. B (Lucky Spot Game Room Receipt). RDX.

Government called witness:

ALBERT A. TAITANO. Special Agent CNMI DEA Task Force.  DX. CX.  Witness was excused.

Attorney Long moved for Judgment in favor of claimant at this time because there was not a clear showing that the funds or car were involved in the drug dealings. Government argued.  Court took the matter under advisement.

Court recessed at 10:10 a.m. and reconvened at 10:40 a.m.

Court DENIED the motion for a directed verdict.

Defense called witness:

JIANG, LI XIA.  (Girlfriend of Wang, Yang). Anthony Yen was sworn as interpreter/translator of the Mandarin language. DX. CX. RDX.  Witness was excused.
Defense moved that Ex. B be admitted into evidence; there being no objection, Court so ordered.

Attorney Long moved for Judgment in favor of the claimant regarding the $8,600 in U.S. currency. Government argued. Attorney Long argued.  Court took the matter under

advisement, and stated that a written decision would be forthcoming.

	Adjourned 11:55 a.m.

;	[KLL EOD 12/29/2003]